NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada
Nevada Bar No. 13644
MEGAN RACHOW
Nevada Bar No. 8231
Assistant United States Attorney
400 South Virginia Street, Suite 900
Reno, Nevada 89501
(775) 784-5438
Megan.Rachow@usdoj.gov

*Attorneys for the Plaintiff*
*The United States of America*



# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | **3:20-CR-0042-MMD-CLB** |
| Plaintiff, | CRIMINAL INDICTMENT |
| v. | VIOLATION: |
| JENNIFER MICHELLE ELWARD, | 18 U.S.C. §§ 922(a)(6) and 924(a)(2) – Illegal Acquisition of a Firearm. |
| Defendant. | |

THE GRAND JURY CHARGES THAT:

**COUNT ONE**
**Illegal Acquisition of a Firearm**
**(18 U.S.C. §§ 922(a)(6), 924(a)(2))**

On or about July 13, 2020, in the State and Federal District of Nevada,

JENNIFER MICHELLE ELWARD,

defendant herein, in connection with the acquisition of a firearm, that is: an Iberia Firearms, JCP, .40 caliber pistol bearing serial number X7111357; a Taurus, PT111G2A, 9mm pistol bearing serial number ABD490359; a Taurus, PT111G2, 9mm pistol bearing serial number TKW04245; and a Taurus, GS2, 9mm pistol bearing serial number

1

ABE622240, from Cabela's, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to Cabela's, which statement was intended and likely to deceive Cabela's as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, United States Code, in that JENNIFER MICHELLE ELWARD did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein JENNIFER MICHELLE ELWARD represented that she was the actual transferee/buyer of the firearms, when in fact, and as the defendant well knew, she was not the actual transferee/buyer of the firearms and was buying them for another person, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT TWO
### Illegal Acquisition of a Firearm
### (18 U.S.C. §§ 922(a)(6), 924(a)(2))

On or about July 17, 2020, in the State and Federal District of Nevada,

JENNIFER MICHELLE ELWARD,

defendant herein, in connection with the acquisition of a firearm, that is: a Taurus, G2, 9mm pistol bearing serial number ABG655727 and a SCCY, GPX-2, 9mm pistol bearing serial number 915733, from RAC Guns & Ammo, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to RAC Guns & Ammo, which statement was intended and likely to deceive RAC Guns & Ammo as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, United States Code, in that JENNIFER MICHELLE ELWARD did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein JENNIFER MICHELLE ELWARD represented that she was the actual transferee/buyer of the firearms, when in fact, and as the defendant well knew, she was not the actual

transferee/buyer of the firearms and was buying them for another person, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT THREE
### Illegal Acquisition of a Firearm
### (18 U.S.C. §§ 922(a)(6), 924(a)(2))

On or about July 17, 2020, in the State and Federal District of Nevada,

JENNIFER MICHELLE ELWARD,

defendant herein, in connection with the acquisition of a firearm, that is: a Springfield Armory, XD-9, 9mm pistol bearing serial number BY242717, from Reno Guns & Range, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to Reno Guns & Range, which statement was intended and likely to deceive Reno Guns & Range as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, United States Code, in that JENNIFER MICHELLE ELWARD did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein JENNIFER MICHELLE ELWARD represented that she was the actual transferee/buyer of the firearm, when in fact, and as the defendant well knew, she was not the actual transferee/buyer of the firearm and was buying it for another person, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT FOUR
### Illegal Acquisition of a Firearm
### (18 U.S.C. §§ 922(a)(6), 924(a)(2))

On or about July 17, 2020, in the State and Federal District of Nevada,

JENNIFER MICHELLE ELWARD,

defendant herein, in connection with the acquisition of a firearm, that is: a Glock, Model 19, 9mm pistol bearing serial number BPHA297 and a Smith & Wesson, SD9VE, 9mm

pistol bearing serial number FCE3710, from Juggernaut Arms, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to Juggernaut Arms, which statement was intended and likely to deceive Juggernaut Arms as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, United States Code, in that JENNIFER MICHELLE ELWARD did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein JENNIFER MICHELLE ELWARD represented that she was the actual transferee/buyer of the firearms, when in fact, and as the defendant well knew, she was not the actual transferee/buyer of the firearms and was buying them for another person, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

## COUNT FIVE
**Illegal Acquisition of a Firearm**
**(18 U.S.C. §§ 922(a)(6), 924(a)(2))**

On or about July 17, 2020, in the State and Federal District of Nevada,

JENNIFER MICHELLE ELWARD,

defendant herein, in connection with the attempted acquisition of a firearm, that is: a Canik55/Century Arms, TP9SF bearing serial number 20BH11663 and a Taurus, G3, 9mm pistol bearing ABE570211, from Sportsman's Warehouse, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to Sportsman's Warehouse, which statement was intended and likely to deceive Sportsman's Warehouse as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, United States Code, in that JENNIFER MICHELLE ELWARD did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein JENNIFER MICHELLE ELWARD represented that she was the actual transferee/buyer of the firearms, when in fact, and as the defendant well

knew, she was not the actual transferee/buyer of the firearms and was buying them for another person, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT SIX
### Illegal Acquisition of a Firearm
### (18 U.S.C. §§ 922(a)(6), 924(a)(2))

On or about July 17, 2020, in the State and Federal District of Nevada,

JENNIFER MICHELLE ELWARD,

defendant herein, in connection with the attempted acquisition of a firearm, that is: a Hi Point, JHP, .45 caliber pistol bearing serial number X4367660 and a Hi Point, C9, 9mm pistol bearing serial number P10088266, from Bizarre Guns, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to Bizarre Guns, which statement was intended and likely to deceive Bizarre Guns as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, United States Code, in that JENNIFER MICHELLE ELWARD did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein JENNIFER MICHELLE ELWARD represented that she was the actual transferee/buyer of the firearms, when in fact, and as the defendant well knew, she was not the actual transferee/buyer of the firearms and was buying them for another person, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

### COUNT SEVEN
### Illegal Acquisition of a Firearm
### (18 U.S.C. §§ 922(a)(6), 924(a)(2))

On or about July 30, 2020, in the State and Federal District of Nevada,

/ / /

/ / /

JENNIFER MICHELLE ELWARD, defendant herein, in connection with the attempted acquisition of a firearm, that is: a Taurus, PT111GSA, 9mm pistol bearing serial number ABG650598 and a Taurus, G2S, 9mm pistol bearing serial number ABB316721, from Cabela's, a licensed dealer of firearms within the meaning of Chapter 44 of Title 18, United States Code, knowingly made and caused to be made a false and fictitious written statement to Cabela's, which statement was intended and likely to deceive Cabela's as to a fact material to the lawfulness of the sale of said firearm under Chapter 44 of Title 18, United States Code, in that JENNIFER MICHELLE ELWARD did complete and execute a Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473 Firearms Transaction Record, wherein JENNIFER MICHELLE ELWARD represented that she was the actual transferee/buyer of the firearms, when in fact, and as the defendant well knew, she was not the actual transferee/buyer of the firearms and was buying them for another person, all in violation of Title 18, United States Code, Sections 922(a)(6) and 924(a)(2).

**DATED:** this 3rd day of September, 2020.

**A TRUE BILL:**

/S/
_____
FOREPERSON OF THE GRAND JURY

NICHOLAS A. TRUTANICH
United States Attorney

MEGAN RACHOW
Assistant United States Attorney