UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA
RENO, NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) 3:20-cr-00042-ART-CLB |
| vs. | ) JURY MEAL ORDER |
| JENNIFER MICHELLE ELWARD, | ) |
| Defendant. | ) |

This Court having ordered the jury impaneled in the above-entitled action kept together during the periods of trial and deliberation, now, therefore,

IT IS ORDERED that all meals and lodging, if required, for said jury and attendants shall be paid by the Clerk of the Court.

IT IS SO ORDERED.

DATED this 7th of November, 2022.

Anne R. Traum
United States District Judge