UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| UNITED STATES OF AMERICA, | Case No. 3:20-cr-00042-ART-CLB |
|---|---|
| Plaintiff, | |
| v. | **ORDER APPROVING** |
| JENNIFER MICHELLE ELWARD, | **STIPULATION TO MODIFY CONDITIONS OF PRETRIAL RELEASE** |
| Defendant. | |

  COMES NOW, Defendant, Jennifer Elward, through her appointed counsel of record, attorney, Jawara Griffin, for her Motion to modify conditions of pretrial release states:

  On March 3, 2022, Ms. Elward appeared before the Honorable Magistrate Judge Nancy J. Koppe for her initial appearance on a seven-count indictment and bond hearing.  At the conclusion of the bond hearing, Ms. Elward was released on a personal recognizance bond to comply with certain conditions.  One condition Ms. Elward had to comply with was that she must not leave the District of Nevada.

  Since her release, Ms. Elward has been in full compliance with all pretrial release conditions.

Ms. Elward is requesting this court to modify the travel restriction condition of her pretrial release conditions, allowing her to travel to Memphis, TN from February 9, 2023 through February 12, 2023.  The purpose of this trip is to celebrate her spouse's mother's birthday.  Defense Counsel has spoken with Mariah Bassler-Wide, the assigned Pretrial Services Officer, and Megan Rachow, the assigned Assistant United States Attorney, both in agreement with the modification.

WHEREFORE, Ms. Jennifer Elward is asking the Court to modify her travel restriction condition of her pretrial release conditions.

DATED this 25th day of January 2023.

## ORDER

Based on the parties agreement and no opposition from the U.S. Pretrial Services Officer, and good cause appearing, Ms. Elward is permitted to travel to Memphis, TN from February 9, 2023 through February 12, 2023. All other existing terms of pretrial release remain in place.  On February 13, 2023, the travel restriction condition will be reinstated.

IT IS SO ORDERED.

DATED:  January 27, 2023.

_____
Anne R. Traum
U.S. District Court Judge